UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rebecca Singleton §
vs. § C. A. No. H- 4:17-cv-2903
 §
Young Men's Christian Association §
(YMCA) of Greater Houston §

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __4__ Days         Jury: __X__   Non-Jury: _____

1. NEW PARTIES shall be joined by:                                             January 8, 2018
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the   March 5, 2018
   basis for it. DUE DATE:

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the   April 6, 2018
   basis for it. DUE DATE:

4. DISCOVERY must be completed by:                              August 20, 2018
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                      September 4, 2018
   (except motions *in limine*) will be filed by:
                                                                (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*                 November 26, 2018
   (The Court will fill in this date)
                                                                (Due Monday one week before trial)

7. TRIAL will begin at 8:30 a.m.                                December 3, 2018
                                                                (15 Months from date case is filed)

_____                    Keith P. Ellison
Date                                           United States District Judge

                                               _____
                                               Counsel for Plaintiff(s)

December 5, 2017
_____                    _____
Date                                           Counsel for Defendant(s)

12/5/17
_____
Date