UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SINGLETON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-2903 |
| | § | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION (YMCA) OF GREATER HOUSTON | § § § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND DEADLINE FOR DEFENDANT'S DESIGNATION
OF EXPERT WITNESSES**

Defendant Young Men's Christian Association of Greater Houston's Unopposed Motion to Extend Deadline for Defendant's Designation of Expert Witnesses is hereby GRANTED.

It is therefore ORDERED that Defendant's designate expert witnesses in accordance with the Scheduling Order is extended from April 6, 2018 to May 21, 2018.

SIGNED AND ENTERED this _____ day of April, 2018.

_____
HON. KEITH ELLISON