United States District Court
Southern District of Texas
**ENTERED**
April 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SINGLETON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2903 |
| | § | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE GREATER HOUSTON AREA, | § § § § | |
| Defendant. | § § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

Defendant Young Men's Christian Association of Greater Houston's Unopposed Motion to Extend Deadline for Defendant's Designation of Expert Witnesses is hereby GRANTED.

It is therefore ORDERED that the deadline for Defendants to designate expert witnesses in accordance with the Scheduling Order is extended from April 6, 2018 to May 21, 2018.

SIGNED this the 9th day of April, 2018.

_____
HON. KEITH ELLISON
UNITED STATES DISTRICT JUDGE