UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA SINGLETON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-2903 |
| | § | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION (YMCA) OF GREATER HOUSTON | § § § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

Defendant Young Men's Christian Association of Greater Houston's Unopposed Motion to Further Extend Deadline for Dispositive Motions is hereby GRANTED.

It is therefore ORDERED that the Deadline for Dispositive Motions is extended from December 14, 2018 to January 4, 2019.

SIGNED AND ENTERED this _____ day of _____, 2018.

_____
HON. SIM LAKE